1  MATTHEW J. GAUGER, Bar No. 139785
   FELIX DE LA TORRE, Bar No. 204282
2  BROOKE D. PIERMAN, Bar No. 222630
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   428 J Street, Suite 520
4  Sacramento, California 95814-2341
   Telephone: (916) 443-6600
5  Facsimile:  (916) 442-0244

6  Attorneys for Defendants Chauffeurs, Teamsters
   and Helpers Union Local 150 and Jim Tobin
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  SUE MARTIN                        )
                                      )
12            Plaintiff,              )  No. 2:05-CV-01630-FCD-GGH
                                      )
13        v.                          )
                                      )
14  CHAUFFEURS TEAMSTERS AND          )  **STIPULATION FOR DISMISSAL**
    HELPERS LOCAL 150, INTERNATIONAL  )  **OF DEFENDANT JIM TOBIN**
15  BROTHERHOOD OF TEAMSTERS, AFL-    )
    CIO, JIM TOBIN, And DOES 1-50, inclusive, )
16                                    )
              Defendants.             )
17  _____ )

18          Plaintiff Sue Martin and Defendants Jim Tobin and Chauffeurs, Teamsters and Helpers

19  Union Local 150 hereby file with this Court their Stipulation for Dismissal of Defendant Jim

20  Tobin.  Plaintiff Sue Martin and Defendants Jim Tobin and Chauffeurs, Teamsters and Helpers

21  Union Local 150 mutually agree and stipulate that Defendant Jim Tobin be dismissed from the

22  above-captioned action with prejudice with each party to bear their own costs and fees.

23          **WHEREFORE**, Plaintiff Sue Martin and Defendants Jim Tobin and Teamsters Local

24  Union No. 150 respectfully request that Defendant Jim Tobin be dismissed from the above-

25  captioned action.  By entering into this Stipulation, Plaintiff does not waive her right to seek a

26  remand of Local 150's case back to State court.

27  ///

28  ///

WEINBERG, ROGER &
     ROSENFELD
A Professional Corporation
  428 J Street Suite 520
Sacramento, CA 95814-2341
    (916) 443-6600

1   ///

2   Dated: August ____, 2005            WEINBERG, ROGER & ROSENFELD

3
                                        By: ___/s/-Matthew J. Gauger_____
4                                           MATTHEW J. GAUGER
                                        Attorneys for Defendants Chauffeurs, Teamsters
5                                       and Helpers Union Local 150 and Jim Tobin

6
    Dated: August ____, 2005            THE VELEZ LAW FIRM
7

8                                       By: ___/s/-Mark P. Velez_____
                                            MARK P. VELEZ
9                                       Attorneys for Plaintiff Sue Martin

10          **IT IS SO ORDERED.**

11  Dated: September 1, 2005

12

13
    By:/s/ Frank C. Damrell Jr._____
14      HONORABLE JUDGE FRANK C. DAMRELL, JR.
        US. District Court Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
428 J Street Suite 520
Sacramento, CA  95814-2341
(916) 443-6600